**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       G. H. v. The State of Texas

Appellate case number:   01-13-00422-CV and 01-13-00423-CV

Trial court case number:  MH4237 and MH4237A

Trial court:                        Probate Court of Galveston County

   Appellant has filed an unopposed motion to consolidate the appeals. The motion is **denied**. Appellant may, however, file one brief for both cause numbers, if appellant so chooses, and the appeals will be submitted to the same panel on the same date. Briefing deadlines are suspended in each appeal and will be set once the record is complete.

   It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
     ☑ Acting individually  ☐ Acting for the Court

Date: June 6, 2013